UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-cr-437-02 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| JEREMIAH JOHNSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the pro se filing (Doc. No. 53) of defendant Jeremiah Johnson ("Johnson"), in which Johnson requests a recalculation of his eligibility for home detention pursuant to 18 U.S.C. § 3624. "The decision to transfer an inmate to home confinement is a matter within the sole discretion of [the Bureau of Prisons] . . . and is not subject to judicial review under the Administrative Procedure Act[.]" *United States v. McWherter*, No. 15-20040, 2020 WL 6469936, at *2 (E.D. Mich. Nov. 3, 2020) (first citing 18 U.S.C. § 3624(c)(2); and then citing 18 U.S.C. § 3625); *see also United States v. Brummett*, No. 20-5626, 2020 WL 5525871, at *2 (6th Cir. Aug. 19, 2020) (citations omitted). Johnson's request is therefore properly directed to the Bureau of Prisons. Accordingly, to the extent that Johnson's filing (Doc. No. 53) constitutes a request for relief from the Court, that request is DENIED.

    **IT IS SO ORDERED**.

Dated: August 29, 2024

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**